**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1752**

---

In re: DEQUANTEY MAURICE WILLIAMS,

       Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Middle District of North Carolina, at Greensboro.  (1:18-cr-00393-CCE-2)

---

Submitted:  October 10, 2024                    Decided:  October 16, 2024

---

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Dequantey Maurice Williams, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dequantey Maurice Williams petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 motion and related motions. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that, on October 2, 2024, the magistrate judge issued a recommendation on Williams' motions. Because there has been recent significant action on Williams' motions, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*